IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DWAUNE MASON** | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **OFFICER NICHOLAS KRUCZAJ, et al.** | : | **NO. 13-6512** |
| | : | |

## ORDER

**AND NOW**, this 12th day of January, 2016, upon consideration of Defendants' Motion for Summary Judgment (ECF No. 18), Plaintiff's Response in Opposition (ECF No. 19), Defendants' Reply (ECF No. 20), Plaintiff's Second Response in Opposition (ECF No. 21), and the oral argument held on the motion, it is hereby **ORDERED** that:

1. Defendants' Motion for Summary Judgment (**ECF No. 18**) is **GRANTED** and all remaining claims against Defendants are **dismissed with prejudice**.

2. Defendant's Motion to Bifurcate Trial on Amount of Punitive Damages (**ECF No. 22**) is **DENIED AS MOOT**.

3. Defendant's Motion in Limine to Preclude Testimony of Plaintiff's Expert Walter Signorelli, Esquire (**ECF No. 23**) is **DENIED AS MOOT**.

4. Defendant's Motion in Limine to Preclude Evidence Regarding Post Arraignment Conduct (**ECF No. 24**) is **DENIED AS MOOT**.

5. Defendant's Motion in Limine to Preclude Evidence Regarding Emotional Distress (**ECF No. 25**) is DENIED AS MOOT.

6. Defendant's Motion in Limine to Preclude Evidence of Racial Epithets (**ECF No. 26**) is **DENIED AS MOOT**.

7. Defendant's Motion in Limine to Preclude Evidence Regarding Alleged Frost Harassment (**ECF No. 27**) is **DENIED AS MOOT**.

**IT IS FURTHER ORDERED** that the Clerk of the Court mark this case **CLOSED**.

BY THE COURT:

/s/ L. Felipe Restrepo
L. FELIPE RESTREPO
UNITED STATES DISTRICT JUDGE